FIRST DEPARTMENT, SEPTEMBER, 1933.

In the Matter of the Application of MATTHEW McCABE for the Determination of the Court as to the Designees for the Office of County Committee of the Election Districts of the Thirteenth Assembly District of the County of New York, as Contained in the Petition Known as Broderick Petition of the Thirteenth Assembly District of the County of New York, and for an Order Restraining the Board of Elections of the City of New York from Placing upon the Official Primary Ballot the Names of the County Committeemen as Designated on the Broderick Petition of the Thirteenth Assembly District in Connection with the Primary Election to be Held on Tuesday, September 19, 1933.

PER CURIAM. The record on appeal as presented to this court does not contain sufficient proof of fraud and forgery to sustain the order appealed from. The order should be reversed, with ten dollars costs and disbursements, and motion denied. Finch, P. J., Martin and O'Malley, JJ., concur; Glennon, J., dissents and votes for affirmance. Order reversed, with ten dollars costs and disbursements and motion denied.